UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
SEP 25 2007
CLERK

******************************************************************

| | | |
|---|---|---|
| KATHIE M. DIKE, | * | CIV 06-4118 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * | |
| Defendant. | * | |

******************************************************************

Pending before the Court is Plaintiff's Complaint seeking judicial review of the Commissioner's final decision denying her a period of disability commencing on April 15, 2000, and payment of disability insurance and medical benefits under Title II and Title XVII of the Social Security Act. Magistrate Judge John E. Simko issued a Report and Recommendation recommending to this Court that the Commissioner's decision be affirmed and Plaintiff's Complaint be dismissed with prejudice. No objection to the Report and Recommendation was filed. After a careful review of the transcript and the relevant case authority,

IT IS ORDERED:

1.  That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the Commissioner's decision is AFFIRMED and the Plaintiff's Complaint is dismissed with prejudice.

Dated this 25th day of September, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
    DEPUTY