UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
SEP 2 5 2007

[signature] CLERK

******************************************************************

| | | |
|---|---|---|
| KATHIE M. DIKE, | * | CIV 06-4118 |
| Plaintiff, | * | |
| vs. | * | |
| | * | JUDGMENT |
| MICHAEL J. ASTRUE, | * | |
| Commissioner of Social Security, | * | |
| Defendant. | * | |

******************************************************************

In accordance with the Order filed on this date with the Clerk of this Court,

IT IS ORDERED, ADJUDGED, and DECREED that the Commissioner's denial of benefits is affirmed and the Plaintiff's Complaint is dismissed with prejudice.

Dated this 25th day of September, 2007.

BY THE COURT:

[signature]
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: [signature]
DEPUTY